PER CURIAM.
AFFIRMED. See Pallas v. State, 636 So.2d 1358 (Fla. 3d DCA 1994), rev. granted, No. 84,006, 648 So.2d 723 (Fla. Nov. 7,1994); Bouters v. State, 634 So.2d 246 (Fla. 5th DCA 1994), rev. granted, 640 So.2d 1106 (Fla.1994). See also Steffa v. State, 645 So.2d 552 (Fla. 2d DCA 1994); State v. Kahles, 644 So.2d 512 (Fla. 4th DCA 1994); Varney v. State, 638 So.2d 1063 (Fla. 1st DCA 1994), rev. granted, No. 84,172, 649 So.2d 235 (Fla. Nov. 21, 1994).
W. SHARP, GRIFFIN and DIAMANTIS, JJ., concur.